

Giselle Spencer <gspencer@ennisbritton.com>

## Hageman v. Lorain - Revised Settlement Agreement
1 message

**Giselle Spencer** <gspencer@ennisbritton.com>  Fri, Aug 27, 2021 at 3:25 PM
To: Daniel Dubow <daniel.dubow@spitzlawfirm.com>

Dan:

Hope you are well. I think this revised agreement takes care of your concerns. Please contact me after your review.
*Giselle*

### Giselle S. Spencer

www.ennisbritton.com

Ennis Britton Co., L.P.A.
6000 Lombardo Center, Suite 120
Cleveland, Ohio 44131

P: 216-487-6674
C: 216-926-7120
F: 216-674-8638

 

All information in this e-mail, including attachments, is strictly confidential and intended solely for delivery to and authorized use by the addressee(s) identified above. If you are not the named recipient, please notify the sender immediately by email or telephone at (216) 487-6674 and delete the contents of this message from your system without disclosing the contents of this message to anyone, using them for any purpose, or storing or copying the information on any medium. The contents of this message may contain privileged, attorney-client communications and may also constitute protected attorney work product. If you are not the named recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**2 attachments**

📎 **Lorain Hageman Settlement Agreement - Mutual discussion version 082721.docx**
33K

📎 **Lorain Hageman Revised Agreement 082721 CLEAN.docx**
27K

# EXHIBIT C